# United States Court of Appeals
## For the First Circuit

No. 26-1893

VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ,

Plaintiffs - Appellants,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN,

Defendants - Appellees.

Before

Montecalvo, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: August 7, 2026

Plaintiffs-appellants have filed an "Emergency Motion for 5 U.S.C. § 705 Stay Pending Appeal and Immediate Administrative Stay." A party seeking a stay pending appeal or an injunction pending appeal generally must move first in the district court. See Fed. R. App. P. 8(a)(1). Plaintiffs-appellants acknowledge the applicability of Rule 8(a)(1) in the current motion. See Mtn. at 2 n.2. The record does not reflect that plaintiffs-appellants squarely sought the specific relief they currently seek in the district court in the first instance, and, with the current motion, plaintiffs-appellants do not provide any legitimate reason why seeking relief in the district court in the first instance would be "impracticable." Fed. R. App. P. 8(a)(2)(A)(i).[1]

[1] Plaintiffs-appellants state in the current motion that they previously requested relief pending appeal in a district court motion seeking an administrative stay. However, plaintiffs-appellants have not requested relief pending appeal from the district court since the district court entered the order giving rise to this appeal, and we see no ruling on the district court docket specifically addressing a request for relief pending appeal.

Accordingly, plaintiffs-appellants' "Emergency Motion . . ." is denied without prejudice to reassertion in the district court in the first instance and to reassertion in this court, if necessary, once the district court has ruled.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Steven Y. Bressler
Conchita Cruz
Brian D. Netter
Sean R. Ouellette
Jennie Kneedler
Sean Oulette
Jessica Bansal
Marcela X. Johnson
Donald Campbell Lockhart
Nicole Marie O'Connor