# United States Court of Appeals
## For the First Circuit

No. 26-1893

VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ,

Plaintiffs - Appellants,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN,

Defendants - Appellees.

Before

Montecalvo, Aframe, and Dunlap,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: August 10, 2026

Plaintiffs-appellants have filed in this court a "Renewed Emergency Motion for 5 U.S.C. § 705 Stay Pending Appeal and Immediate Administrative Stay." After careful review, we conclude that plaintiffs-appellants have failed to demonstrate that an "immediate administrative stay" is warranted. <u>See generally</u> <u>United States</u> v. <u>Texas</u>, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring). Accordingly, plaintiffs-appellants' request for an "immediate administrative stay" is <u>denied</u>.

We intend to rule promptly on plaintiffs-appellants' broader request for a stay of agency action pending appeal. To that end, defendants-appellees shall file a response to that request no later than **Wednesday, August 12, 2026, at 5:00 p.m.** Plaintiffs-appellants shall file any reply no later than **Friday, August 14, 2026, at 5:00 p.m.**

So ordered.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Steven Y. Bressler
Conchita Cruz
Brian D. Netter
Sean R. Ouellette
Jennie Kneedler
Jessica Bansal
Marcela X. Johnson
Donald Campbell Lockhart
Nicole Marie O'Connor