# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name Venezuelan Association of Massachusetts v. United States Citizenship and Immigration Services

District Court Case No. 1:26-cv-13038-NMG District of Massachusetts

Date Notice of Appeal filed 08/06/2026 Court of Appeals Case No. 26-1893

Form filed on behalf of Plaintiffs-Appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) Docket Entry No. 57, Transcript of Motion Hearing held on July 30, 2026

## TRANSCRIPT ORDER

Name of Court Reporter Kristin Kelley

Phone Number of Reporter kmob929@gmail.com

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify ) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Sean Ouellette Filer's Signature /s/ Sean Ouellette

Firm/Address P.O. Box 34553 Washington, DC 20043 Filer's Email address souellette@democracyforward.org

Telephone number (202) 448-9090 Date mailed to court reporter N/A

(Court Reporter Use ONLY) Date received _____

# CERTIFICATE OF SERVICE

On August 14, 2026, I caused the foregoing to be served on all parties by filing through the CM/ECF system.

*/s/ Sean Ouellette*
Sean Ouellette