**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

---

**No. 26-1893**

**VENEZUELAN ASSOCIATION OF MASSACHUSETTS, et al.,**

**Plaintiffs - Appellants,**

**v.**

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,**

**Defendants - Appellees.**

---

**STATUS REPORT**

---

Currently pending before the Court is Plaintiffs-Appellants' Emergency Motion for 5 U.S.C. § 705 Stay Pending Appeal and Immediate Administrative Stay, which Defendants-Appellees opposed on August 12, 2026. Defendants-Appellees now file the instant status report to apprise the court of a factual update since the filing of their Opposition.

On August 14, 2026, U.S. Citizenship and Immigration Services extended Temporary Protected Status-based employment authorization documents for

Ukraine[1] and Sudan[2] to October 19, 2026.[3]

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Nicole M. O'Connor*
NICOLE M. O'CONNOR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

Date: August 19, 2026

**CERTIFICATION OF COMPLIANCE**

I hereby certify that this document has been prepared using a proportionally spaced typeface in Microsoft Word and contains fewer than 5,200 words. Fed. R. Civ. P. 27(d)(1)(E) and Fed. R. Civ. P. 27(d)(2)(A).

Dated: August 19, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

---

1 https://www.uscis.gov/humanitarian/temporary-protected-status/TPS-Ukraine

2 https://www.uscis.gov/humanitarian/temporary-protected-status/temporary-protected-status-designated-country-sudan

3 As noted in Defendants-Appellees' Opposition, USCIS already extended Temporary Protected Status-based employment authorization documents for El Salvador to September 9, 2026. Opp. at 6.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 19, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney