**No. 26-1893**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

VENEZUELAN ASSOCIATION OF MASSACHUSETTS, et al.,
*Plaintiffs-Appellants*,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 26-cv-13038
The Honorable Nathaniel M. Gorton

# NOTICE OF WITHDRAWAL OF RENEWED EMERGENCY MOTION FOR 5 U.S.C. § 705 STAY PENDING APPEAL

Conchita Cruz
Jessica Hanson
Marcela X. Johnson
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
(646) 600-9910
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Steven Y. Bressler
Sean Ouellette
Jennie L. Kneedler
Brian Netter
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
souellette@democracyforward.org
sbressler@democracyforward.org
jkneedler@democracyforward.org
bnetter@democracyforward.org

Jessica Karp Bansal
**NATIONAL DAY LABORER ORGANIZING NETWORK**
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
(626) 214-5689
jessica@ndlon.org

*Counsel for Plaintiffs-Appellants*

As the Defendants-Appellees noted in their Opposition to Plaintiffs' Emergency Motion for 5 U.S.C. § 705 Stay Pending Appeal and their August 19, 2026 Status Report, U.S. Citizenship and Immigration Services extended Temporary Protected Status-based employment authorization documents for TPS holders from El Salvador, Ukraine, and Sudan whose TPS-based employment authorization applications are still pending. Accordingly, Plaintiffs-Appellants respectfully provide notice that they hereby withdraw their Renewed Emergency Motion for 5 U.S.C. § 705 Stay Pending Appeal, filed on August 10, 2026.

Dated: August 20, 2026

Respectfully submitted,

_/s/ Steven Y. Bressler_
Steven Y. Bressler
Sean Ouellette
Jennie L. Kneedler
Brian Netter
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
souellette@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org

Conchita Cruz
Jessica Hanson
Marcela X. Johnson
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
(646) 600-9910
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Jessica Karp Bansal
**NATIONAL DAY LABORER ORGANIZING NETWORK**
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
(626) 214-5689
jessica@ndlon.org

*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

On August 20, 2026, I caused the foregoing to be served on all parties by filing through the CM/ECF system.

*<u>/s/ Steven Y. Bressler</u>*
Steven Y. Bressler