# United States Court of Appeals
## For the First Circuit

No. 26-1893

VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ,

Plaintiffs - Appellants,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in the official capacity as Director of USCIS; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security,

Defendants - Appellees.

Before

Montecalvo, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: August 21, 2026

The court is in receipt of defendants-appellees' August 19, 2026, Status Report and plaintiffs-appellants' August 20, 2026, Notice of Withdrawal of Renewed Emergency Motion for 5 U.S.C. § 705 Stay Pending Appeal. Construing the latter as a motion to withdraw the renewed emergency motion, the motion to withdraw is granted. The clerk's office is directed to set a briefing schedule forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Steven Y. Bressler, Conchita Cruz, Brian D. Netter, Sean R. Ouellette, Jennie Kneedler, Jessica Bansal, Marcela X. Johnson, Jessica Hanson, Donald Campbell Lockhart, Abraham R. George, Nicole Marie O'Connor