# United States Court of Appeals
## For the First Circuit

No. 26-1893

VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ,

Plaintiffs - Appellants,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in the official capacity as Director of USCIS; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security,

Defendants - Appellees.

**NOTICE**

Issued: August 28, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Conchita Cruz
Jennie Kneedler

The following attorneys will continue to receive notice in this case:

Jessica Bansal
Steven Y. Bressler
Abraham R. George
Jessica Hanson
Marcela X. Johnson
Donald Campbell Lockhart
Brian D. Netter
Nicole Marie O'Connor
Sean R. Ouellette

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gerry - (617) 748-4275

cc:
Jessica Bansal
Steven Y. Bressler
Conchita Cruz
Abraham R. George
Jessica Hanson
Marcela X. Johnson
Jennie Kneedler
Donald Campbell Lockhart
Brian D. Netter
Nicole Marie O'Connor
Sean R. Ouellette