# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 26-1893 **Short Title:** Venez. Ass'n of Mass, et al v, USCIS, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Venez. Ass'n of Mass.; Nat'l TPS All.; Asylum Seeker Advoc. Project; Serv. Emp. Int'l Union AFL-CIO; Serv. Emp. Int'l Union Local 32BJ as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Jennie L. Kneedler
Signature

09/08/2026
Date

Jennie L. Kneedler
Name

Democracy Forward Foundation
Firm Name (if applicable)

202-448-9090
Telephone Number

P.O. Box 34443
Address

202-921-4875
Fax Number

Washington, D.C. 20043
City, State, Zip Code

jkneedler@democracyforward.org
Email (required)

Court of Appeals Bar Number: 1225633

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________________

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).