**No. 26-1893**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

VENEZUELAN ASSOCIATION OF MASSACHUSETTS, et al.,
*Plaintiffs-Appellants*,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 26-cv-13038
The Honorable Nathaniel M. Gorton

# CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF AND APPENDIX

Conchita Cruz
Jessica Hanson
Marcela X. Johnson
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
(646) 600-9910
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Jennie L. Kneedler
Steven Y. Bressler
Sean Ouellette
Brian Netter
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jkneedler@democracyforward.org
souellette@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org

Jessica Karp Bansal
**NATIONAL DAY LABORER ORGANIZING NETWORK**
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
(626) 214-5689
jessica@ndlon.org

*Counsel for Plaintiffs-Appellants*

Plaintiffs-Appellants seek an extension of 30 days, until October 30, 2026, in which to file their brief and appendix in this appeal and respectfully submit that good cause exists for such an extension. Defendants-Appellees consent to the relief requested. This is Plaintiffs-Appellants' first request for an extension.

The requested extension is warranted because additional time is likely to substantially narrow or resolve the issues on appeal. Good cause also exists because Plaintiffs-Appellants' lead counsel, Ms. Kneedler, will be absent due to preexisting travel plans during the last two weeks of September, which will necessarily delay the preparation of the brief in this case. Plaintiff-Appellants' other counsel have briefing and hearing deadlines in other cases that overlap with the deadline in this appeal, including deadlines for briefs in opposition to motions for summary judgment on September 24, 2026, and October 5, 2026, and a hearing on a motion to amend on October 1, 2026.

The modest extension requested here therefore will help to ensure full and adequate party presentation of any issues that remain in this appeal.

//

//

//

//

//

Dated: September 18, 2026

Respectfully submitted,

*<u>/s/ Jessica Hanson</u>*
Conchita Cruz
Jessica Hanson, Bar No. 1225642
Marcela X. Johnson, Bar No. 1225636
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
(646) 600-9910
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Jennie L. Kneedler
Steven Y. Bressler, Bar No. 1120378
Sean Ouellette, Bar No. 1190322
Brian Netter, Bar No. 1172960
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jkneedler@democracyforward.org
souellette@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org

Jessica Karp Bansal, Bar No. 1225635
**NATIONAL DAY LABORER ORGANIZING NETWORK**
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
(626) 214-5689
jessica@ndlon.org

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions exempted by Rule 32(f), it contains 176 words.

Dated: September 18, 2026

*/s/ Jessica Hanson*
Jessica Hanson

## CERTIFICATE OF SERVICE

On September 18, 2026, I caused the foregoing to be served on all parties by filing through the CM/ECF system and additionally on the following counsel for the defendants by electronic mail: Rayford A. Farquhar, Deputy Chief, Civil Division, and Chief, Defensive Litigation Unit, United States Attorney's Office for the District of Massachusetts, at Rayford.Farquhar@usdoj.gov.

*/s/ Jessica Hanson*
Jessica Hanson