# United States Court of Appeals
## For the First Circuit

No. 26-1893

VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ,

Plaintiffs - Appellants,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in the official capacity as Director of USCIS; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Asylum Seeker Advocacy Project, National TPS Alliance, Service Employees International Union AFL-CIO, Service Employees International Union Local 32BJ and Venezuelan Association of Massachusetts to file a brief and appendix be enlarged to and including **October 30, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Bansal
Steven Y. Bressler
Abraham R. George
Jessica Hanson
Marcela X. Johnson
Jennie L Kneedler
Donald Campbell Lockhart

Brian D. Netter
Nicole Marie O'Connor
Sean R. Ouellette