# United States Court of Appeals
## For the First Circuit

---

No. 26-1893

VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ,

Plaintiffs - Appellants,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in the official capacity as Director of USCIS; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: October 30, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Asylum Seeker Advocacy Project, National TPS Alliance, Service Employees International Union AFL-CIO, Service Employees International Union Local 32BJ and Venezuelan Association of Massachusetts to file a brief and appendix be enlarged to and including **November 30, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Bansal, Steven Y. Bressler, Abraham R. George, Jessica Hanson, Marcela X. Johnson, Jennie L Kneedler, Donald Campbell Lockhart, Brian D. Netter, Nicole Marie O'Connor, Sean R. Ouellette